| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com |
| | KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | |
| | Attorneys for Defendant |
| 6 | UNITED PARCEL SERVICE, INC. |

E-filing

ORIGINAL FILED
JAN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK HARRIS, | Case No. C08-00315 |
| Plaintiff, | [Alameda County Superior Court Case No. RG07353967] |
| vs. | **DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE AS TO INTERESTED ENTITIES OR PERSONS** |
| UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE through ONE HUNDRED, inclusive, | |
| Defendants. | FRCP 7.1 |
| | LOCAL RULE 3-16 |

Case No.
LEGAL_US_W # 57974344.1

DEFENDANT'S CERTIFICATION AS TO
INTERESTED ENTITIES OR PERSONS

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MARK HARRIS AND TO HIS ATTORNEYS OF RECORD, STEVEN J. MEHLMAN, MARC L. TERBEEK, AND MEHLMAN & TERBEEK LLP:

Pursuant to Rule 7.1 of the federal Rules of Civil Procedure, Defendant United Parcel Serv ice, Inc. ("UPS"), hereby certifies that as of this date, UPS has no parent companies. UPS further certifies that as of this date, no publicly-held corporations own ten percent (10%) or more of its stock. In addition, pu5rsuant to Rule 3-16 of this Court's Local Rules, the undersigned, counsel of record for defendant UPS hereby certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 16, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
KERRI N. HARPER

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.