1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE through ONE HUNDRED, inclusive,<br><br>　　　　Defendants. | Case No. C08-00315 MEJ<br><br>[Alameda County Superior Court Case No. RG07353967]<br><br>**CERTIFICATE OF PROOF OF SERVICE** |

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On January 17, 2008, I caused to be personally served by Nationwide Legal, Inc., the following documents:

> **CERTIFICATE OF PROOF OF SERVICE (See attached copy of Certificate of Proof of Service for Alameda County Superior Court Case No. RG 037353967 – Removal to Federal Court Documents**

by delivering copies thereof to:
> Steven J. Mehlman, Esq.
> Marc L. TerBeek, Esq.
> Mehlman & Terbeek, LLP
> 2125 Oak Grove Road, Suite 215
> Walnut Creek, CA 94598

Executed on January 17, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Laura M. Raabe

LEGAL_US_W # 57995439.1

CERTIFICATE OF PROOF OF SERVICE

```
 1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    E. JEFFREY GRUBE (SB# 167324)
 2  KERRI N. HARPER (SB# 217377)
    ANNA L. CHU (SB# 243378)
 3  55 Second Street
    Twenty-Fourth Floor
 4  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
 5  Facsimile:  (415) 856-7100

 6  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.
 7
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF ALAMEDA

### (SOUTHERN DIVISION – HAYWARD)

| | |
|---|---|
| MARK HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE through ONE HUNDRED, inclusive,<br><br>        Defendants. | Case No. RG07353967<br><br>**CERTIFICATE OF PROOF OF SERVICE** |

LEGAL_US_W # 57974071.1

**PROOF OF SERVICE BY PERSONAL SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANFRANCISCO

I am employed in the County of ___San Francisco___, State of California. I am over the age of 18 and not a party to the within action. My business address is 1255 Post Street, Suite 500, San Francisco, CA 94109.

On ___January 17___, 2008, I served the within:

* NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT; NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNITED PARCEL SERVICE, INC.; REMOVAL OF ACTION TO FEDERAL COURT BY DEFENDANT UNITED PARCEL SERVICE, INC.; DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; DECLARATION OF KERRI N. HARPER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER; NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT;STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

on the interested party(ies) in this action by personally delivering it in sealed envelope(s) to the offices of the person(s) listed below:

Steven J. Mehlman, Esq.
Marc L. TerBeek, Esq.
Mehlman & TerBeek
2125 Oak Grove Rd., Suite 125
Walnut Creek, CA 94598

Executed on ___January 17___, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Nationwide Legal, Inc.

___Allan Mendieta___                              ___(Signature)___
(Type or print name)