1  E. JEFFREY GRUBE (SB# 167324)
   KERRI N. HARPER (SB# 217377)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  UNITED PARCEL SERVICE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MARK HARRIS, | CASE NO. C08-00315 MEJ |
|---|---|---|
| 12 | Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| 13 | vs. | **AND** |
| 14 | UNITED PARCEL SERVICE, INC., an Ohio corporation, TONY AGENJO, KIMBERLY MUNIZ, and DOES ONE through ONE HUNDRED, inclusive, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18              REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19         The undersigned party hereby declines to consent to the assignment of this case to

20  a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21  this case to a United States District Judge

22                                          PAUL HASTINGS JANOFSKY & WALKER, LLP

23  Dated: January 23, 2008              By /s/ Kerri N. Harper
24                                          KERRI N. HARPER
                                            Attorneys for Defendant
25                                          UNITED PARCEL SERVICE, INC.

26

27

28  LEGAL_US_W # 58029779.1

CASE NO. C08-00315 MEJ                                REQUEST FOR REASSIGNMENT TO A UNITED
                                                                   STATES DISTRICT JUDGE