MATTHEW M. OLIVERI, ESQ. (SBN 230486)
MEHLMAN TERBEEK LLP
2125 Oak Grove Road, Suite 125
Walnut Creek, CA
Phone: (925) 935-3575
Fax: (925) 935-1789
info@mehlman-terbeek.com

Attorneys for Plaintiff,
MARK HARRIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE THROUGH HUNDRED, inclusive,<br><br>　　　　Defendants. | Case No.: C08-00315-MMC<br>3:08-cv-00315-MMC<br>STIPULATION AND ORDER TO STAY CASE AND ALL APPLICABLE DEADLINES AND STATUTES PENDING FURTHER ORDER OF THE COURT<br><br>Judge: HON. MAXINE CHESNEY |

**PLAINTIFF MARK HARRIS** ("**PLAINTIFF**"), by and through his Attorneys of Record, **MEHLMAN-TERBEEK LLP**, and **DEFENDANT UNITED PARCEL SERVICE** ("**DEFENDANT UPS**"), by and through its Attorney of Record, PAUL, HASTINGS, JANOFSKY & WALKER, LLP, hereby stipulate and agree to the following items, and request that the Court issue the following Orders:

1. PLAINTIFF AND DEFENDANT UPS stipulate to and agree to the entry of an Order staying any activity on the above-entitled case, including any motions, applicable procedural deadlines, statutes of limitations, and discovery, pending a written decision by the California Supreme Court in the case of *Jones v. The Lodge at Torrey Pines*, California Supreme Court Case No. S151022.  This case will decide the issue of whether

an individual supervisor can be held personally liable under the California Fair Employment and Housing Act for retaliation. The resolution of this issue will have a direct impact on the subject matter jurisdiction of this Court over this case, since UPS removed the case based on diversity jurisdiction.

2. Any Discovery currently outstanding, including any subpoenas or subpoenaed documents, will be immediately withdrawn and stayed.

3. If the Attorneys for UNITED PARCEL SERVICE are also retained to represent the individual defendants in this case, then this stipulation and order shall also apply to these individual defendants as well.

4. Either party may petition the Court via motion to dismiss this stay should the California Supreme Court not issue its written opinion within 90 days of this Stipulation and Order.

5. Faxed signatures of the Attorneys shall have the same legal force and effect as original signatures.

6. This Stipulation and Order may be signed in counterparts.

Dated: 2-11-08

_____
MATTHEW M. OLIVERI, ESQ. (SBN 230486)
ATTORNEYS FOR PLAINTIFF

Dated: _____

_____
JOHN POST, ESQ. (SBN 233236)
ATTORNEYS FOR DEFENDANT UPS

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO STAY CASE - 2

an individual supervisor can be held personally liable under the California Fair Employment and Housing Act for retaliation. The resolution of this issue will have a direct impact on the subject matter jurisdiction of this Court over this case, since UPS removed the case based on diversity jurisdiction.

2. Any Discovery currently outstanding, including any subpoenas or subpoenaed documents, will be immediately withdrawn and stayed.

3. If the Attorneys for UNITED PARCEL SERVICE are also retained to represent the individual defendants in this case, then this stipulation and order shall also apply to these individual defendants as well.

4. Either party may petition the Court via motion to dismiss this stay should the California Supreme Court not issue its written opinion within 90 days of this Stipulation and Order.

5. Faxed signatures of the Attorneys shall have the same legal force and effect as original signatures.

6. This Stipulation and Order may be signed in counterparts.

Dated: _____

MATTHEW M. OLIVERI, ESQ. (SBN 230486)
ATTORNEYS FOR PLAINTIFF

Dated: 11 FEB 08

JOHN POST, ESQ. (SBN 233236)
ATTORNEYS FOR DEFENDANT UPS

**IT IS SO ORDERED**

Dated: _____

UNITED STATES DISTRICT COURT JUDGE