**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

February 25, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 08-00315 MMC    MARK HARRIS-v-UNITED PARCEL SERVICE, ET AL.
     Your Case Number: (RG07353967)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)  Certified copies of docket entries

    (x)  Certified copies of Remand Order

    (x)  Other (E-Filing Case)

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Alfred Amistoso*

        by:  Alfred Amistoso
        Case Systems Administrator

Enclosures
Copies to counsel of record