UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

ENDORSED
FILED
ALAMEDA COUNTY

APR 0 1 2008

CLERK OF THE SUPERIOR COURT
By ___PATSY SMITH___
                                  Deputy

General Court Number
415.522.2000

February 25, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE: CV 08-00315 MMC   MARK HARRIS-v-UNITED PARCEL SERVICE, ET AL.
    Your Case Number: (RG07353967)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (x) Certified copies of docket entries
- (x) Certified copies of Remand Order
- (x) Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*
by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES