1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
4  Telephone (415) 856-7000
   Facsimile (415) 856-7100
5
   Attorneys for Defendants
6  UNITED PARCEL SERVICE, INC., TONY AGENJO, and
   KIMBERLY MUNIZ
7
   STEVEN J. MEHLMAN (SB# 95881) steven@mehlman-terbeek.com
8  MARC L. TERBEEK (SB# 166098) marc@mehlman-terbeek.com
   MATTHEW M. OLIVERI (SB# 230486) matt@mehlman-terbeek.com
9  MEHLMAN-TERBEEK, LLP
   2125 Oak Grove Road, Suite 125
10 Walnut Creek, CA 94598-3575
   Telephone (925) 935-3575
11 Facsimile (925) 935-1789

12 Attorneys for Plaintiff
   MARK HARRIS
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16
17 MARK HARRIS,                              CASE NO. C-08-0315 MMC

18         Plaintiff,

19    vs.
                                             **STIPULATION THAT CASES ARE NOT
20 UNITED PARCEL SERVICE, INC., an           RELATED, PURSUANT TO NORTHERN
   Ohio Corporation; TONY AGENJO;            DISTRICT OF CALIFORNIA CIVIL
21 KIMBERLY MUNIZ; and DOES 1                LOCAL RULE 3-12**
   through ONE HUNDRED, inclusive,
22
           Defendants.
23

24
25
26
27
28
   Case No. C-08-0315 MMC                           STIPULATION THAT CASES ARE NOT
                                                                          RELATED
   LEGAL_US_W # 58648491.1

| | |
|---|---|
| MARK HARRIS,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; TONY AGENJO; KIMBERLY MUNIZ; and DOES 1 through ONE HUNDRED, inclusive,<br><br>    Defendants. | CASE NO. C-08-01810 JSW |

Case No. C-08-0315 MMC

LEGAL_US_W # 58648491.1

STIPULATION THAT CASES ARE NOT RELATED

**STIPULATION**

The parties in *Mark Harris v. United Parcel Service, Inc., et al.*, Case No. C-08-0315 MMC ("*Harris I*"), and *Mark Harris v. United Parcel Service, Inc., et al.*, Case No. C-08-01810 JSW ("*Harris II*"), by and through their counsel of record, hereby stipulate as follows:

1. *Harris I* and *Harris II* involve the same facts, parties, transaction, and events.

2. However, because the Court remanded *Harris I* at an early stage, *i.e.* before there was any discovery, motion practice, or court appearances, there is little to no likelihood that there will be an unduly burdensome duplication of labor and expense. Therefore, *Harris I* and *Harris II* are not related, pursuant to Northern District of California Local Rule 3-12(a)(2).

3. This matter should proceed before Judge White.

SO STIPULATED.

DATED: April 8, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU

PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ Kerri N. Harper
        KERRI N. HARPER

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ

DATED: April 8, 2008

STEVEN J. MEHLMAN
MARC L. TERBEEK
MATTHEW M. OLIVERI

MEHLMAN-TERBEEK, LLP


By: /s/ Matthew M. Oliveri
        MATTHEW M. OLIVERI

Attorneys for Plaintiff MARK HARRIS

Case No. C-08-0315 MMC

LEGAL_US_W # 58648491.1

-1-

STIPULATION THAT CASES ARE NOT RELATED