1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
4  Telephone (415) 856-7000
   Facsimile (415) 856-7100
5
   Attorneys for Defendants
6  UNITED PARCEL SERVICE, INC., TONY AGENJO, and
   KIMBERLY MUNIZ
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MARK HARRIS,                                | CASE NO. C-08-0315 MMC
12 |         Plaintiff,                          | [PROPOSED] ORDER DESIGNATING
13 |   vs.                                       | CASES AS UNRELATED AND
                                                   GRANTING ADMINISTRATIVE
14 | UNITED PARCEL SERVICE, INC., an             | MOTION OPPOSING DESIGNATION OF
   | Ohio Corporation; TONY AGENJO;              | *HARRIS I* (CASE NO. C-08-0315 MMC)
15 | KIMBERLY MUNIZ; and DOES 1                  | AND *HARRIS II* (CASE NO. C-08-01810
   | through ONE HUNDRED, inclusive,             | JSW) AS RELATED
16 |
17 |         Defendants.                         |

18 | MARK HARRIS,                                | CASE NO. C-08-01810 JSW
19 |         Plaintiff,
20 |   vs.
21 | UNITED PARCEL SERVICE, INC., an
   | Ohio Corporation; TONY AGENJO;
22 | KIMBERLY MUNIZ; and DOES 1
   | through ONE HUNDRED, inclusive,
23 |
24 |         Defendants.

25
26
27
28

CASE NO. C-08-0315 MMC

[PROPOSED] ORDER GRANTING MOTION
OPPOSING DESIGNATION
OF CASES AS RELATED

1    This matter is before the Court on Defendants United Parcel Service, Inc. ("UPS"), Tony Agenjo, and Kim Muniz's Administrative Motion Opposing Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No. C-08-01810 JSW) As Related. The Court, having considered all papers filed, the arguments of counsel, and law and otherwise being fully informed, and good cause shown:

IT IS HEREBY ORDERED THAT, the actions entitled *Mark Harris v. United Parcel Service, Inc., et al.*, Case No. C-08-0315 ("*Harris I*"), and *Mark Harris v. United Parcel Service, Inc., et al.*, Case No. C-08-01810 JSW ("*Harris II*"), are not related pursuant to Civil Local Rule 3-12(a), and the *Harris II* action should remain before the Honorable Jeffrey S. White for all purposes.

IT IS SO ORDERED.

DATED: _____          _____
                                HONORABLE MAXINE M. CHESNEY
                                UNITED STATES DISTRICT COURT